## ALLEN v. STATE.
### No. 16176.

Court of Criminal Appeals of Texas.

Jan. 3, 1934.

W. R. Blain, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

The conviction is for unlawfully carrying a pistol; the punishment assessed being a fine of $100.

The record is before this court without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.